DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIANA BARON,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
Appellee.

No. 4D16-3503

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 09062952.

Diana Baron, Weston, pro se.

Allison Morat and Teris A. McGovern of Pearson Bitman LLP, Maitland, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and METZGER, ELIZABETH A., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***